| FORM B1 | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | Voluntary Petition |
|---|---|---|
| Name of debtor (if individual, enter Last, First, Middle):<br>**Kwon, Young H.** | Name of Joint Debtor (Spouse)(Last, First, Middle)<br>, | |
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): | |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>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 | Soc. Sec./Tax I.D. No. (if more than one, state all): | |
| Street Address of Debtor (No., St, City, State, & Zip Code)<br>3214 Bergenline Ave.<br>Union City, NJ 07087 | Street Address of Joint Debtor (No., St., City, State & Zip) | |
| County of Residence or of the **Hudson**<br>Principal Place of Business: | County of Residence or of the<br>Principal Place of Business: | |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): | |
| Location of Principal Assets of Business Debtor (if different from street address above): | | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue:** (Check any applicable box)
[X]  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
[]  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which the Petition is filed (Check one box) |
|---|---|---|
| [X] Individual(s) | [] Railroad | [X] Chapter 7  [] Chapter 11  [] Chapter 13 |
| [] Corporation | [] Stockbroker | [] Chapter 9  [] Chapter 12 |
| [] Partnership | [] Commodity Broker | [] Sec. 304- Case ancillary to foreign proceeding |
| [] Other | | |

**Nature of Debts** (Check one box)
[] Consumer/Non-Business  [X] Business

**Filing Fee** (Check one box)
[X]  Full Filing Fee attached
[]  Filing Fee to be paid in installments (Applicable to individuals only) Must attached signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(e). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)
[]  Debtor is a small business as defined in 11 U.S.C. § 101
[]  Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e)(Optional)

**Statistical/Administrative Information** (estimates only)
[]  Debtor estimates that funds will be availabl
[X]  Debtor estimates that, after any exempt pro there will be no funds available for distribu

Estimated Number of Creditors  1-15 [X]  16-49 []

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million |
|---|---|---|---|
| [X] | [] | [] | [] |

Estimated Debts
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million |
|---|---|---|---|
| [X] | [] | [] | [] |

Form Published by: Law Disks, 734 Franklin Ave

---

THIS SPACE IS FOR COURT USE ONLY

UNITED STATES BANKRUPTCY COURT
District of New Jersey

Case # 03-49461 NRG
Filed: 2:40 PM, 12/05/03
Chapter 7
Newark

Judge: Rosemary Gambardella
Trustee: Daniel J. Yablonsky
Debtor(s):
  Young H Kwon

**First Meeting of Creditors**
11:00 AM, January 08, 2004
One Newark Center
One Newark Center
Suite 1401, Office of the US Trustee
Newark, NJ 07102-5504

RECEIPT
# 000295846 - MA
09:44 AM, December 08, 2003

| Code | Qty | Amount |
|---|---|---|
| NF | 1 | $39.00 |
| 07 | 1 | $170.00 |

From: John C Spadora
322 48th St
Union City, NJ 07087

**TOTAL PAID: $209.00**

2

| **Voluntary Petition** (This page must be completed and filed in every case.) | Name of Debtor(s): Kwon, Young H. | FORM B1, Page 2 |
|---|---|---|

**Prior Bankruptcy Case Filed Within the last 6 Years (If more than one, attach additional sheet.)**

| Location Where filed: | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)**

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct. [If the petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter 7 of title 11, United States Code, specified in this petition.

X _[signature]_

X _____

Telephone Number (If not represented by attorney)

_12-4-03_
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of Attorney**

X _[signature]_
John C. Spadora
Law Office of John C. Spadora
322 48th Street
Union City, NJ 07087
201-867-6678

_12-4-03_
Date

**Exhibit A**
(To be completed if the Debtor is required to file periodic reports (e.g., forms 10K and 10Q with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if Debtor is an individual whose debts are primarily consumer debts.)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter.

X _[signature]_                  _12-4-03_
John C. Spadora                   Date

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Name and Social Security Numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer     Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

[Publisher's Note: This form is NOT intended to be used by nonattorney bankruptcy-petition preparers: Schedules do not contain all disclosures required for use by nonattorney bankruptcy-petition preparers.]

## SCHEDULE F— CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address,, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or property of the debtor, as of the date of the filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use continuation sheets.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity in the appropriate schedule of creditors, and complete Schedule H— Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "HWJC" for "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "CONTINGENT." If the claim is unliquidated, place an "X" in the column labeled "UNLIQUIDATED." If the claim is disputed, place an "X" in the column labeled "DISPUTED." You may need to place an X in more than one of these three columns. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also in the Summary of Schedules.

| Creditor's Name and Mailing Address Including Zip Code | CODEBTOR | HWJC | Date Claim Was Incurred And Consideration for Claim If Claim is Subject to Setoff, so State | CONTINGENT | UNLIQUIDATED | DISPUTED | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Flavio Vento<br>9011 Columbia Ave.<br>North Bergen, NJ 07047 | | | personal injury claim | | | | approx. $35,000 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | TOTAL | 35,000.00 |

(Report total also on Summary of Schedules)

Flavio Vento
9011 Columbia Ave.
North Bergen, NJ 07047